UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE PULTZ,<br><br>           Plaintiff,<br>   vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 08-0969 LJO SMS<br><br>**ORDER AFTER SETTLEMENT** |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than June 4, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:  May 4, 2009**                     /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE