**ROBERT J. ROSATI, #112006**
**THORNTON DAVIDSON, #166487**
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
rosatilaw@aol.com
thornton@theerisalawgroup.com

Attorneys for Plaintiff, CHRISTINE PULTZ

**ADRIENNE PUBLICOVER, #161432**
**RUSSELL H. BIRNER, #181835**
Wilson Elser Moskowitz Edelman & Dicker
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone (213) 443-5100
Telefax (213) 443-5101
adrienne.publicover@wilsonelser.com
russell.birner@wilsonelser.com

Attorney for Defendant, LIFE INSURANCE COMPANY OF
NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE PULTZ, an individual, | ) |
| | ) Case No. 08-CV-00969 LJO (SMS) |
| Plaintiff, | ) |
| | ) **STIPULATION & ORDER TO DISMISS** |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, a Corporation, | ) |
| | ) |
| Defendant. | ) |

///

///

///

STIPULATION & ORDER TO DISMISS

1

PLEASE TAKE NOTICE THAT Plaintiff, Christine Pultz, and Defendant, Life Insurance Company of North America, stipulate to dismiss the above referenced case with prejudice. Each party to bear their own fees and costs.

ERISA LAW GROUP, LLP

Dated: June 1, 2009                           /s/ Robert J. Rosati
                                              ROBERT J. ROSATI, Attorney for
                                              Plaintiff, CHRISTINE PULTZ

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

Dated: June 1, 2009                           /s/ Russell H. Birner
                                              RUSSEL H. BIRNER, Attorney for
                                              Defendant, LIFE INSURANCE
                                              COMPANY OF AMERICA

**ORDER**

**IT IS SO ORDERED.  The clerk is directed to close this action.**

Dated: __June 3, 2009_____                    /s/ Lawrence J. O'Neill_____
                                              HONORABLE LAWRENCE J. O'NEILL
                                              UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER TO DISMISS